UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIZIO, INC. : | CIVIL ACTION NO. |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROBERT KLEE, in his official capacity as : | |
| the Commissioner of THE STATE OF : | |
| CONNECTICUT DEPARTMENT OF : | |
| ENERGY AND ENVIRONMENTAL : | |
| PROTECTION : | |
| : | |
| Defendants. : | JUNE 17, 2015 |

MOTION FOR ADMISSION OF
TERRY D. AVCHEN PRO HAC VICE

The undersigned member of the bar of this Court hereby moves, pursuant to Local Rule 83.1(d), for an order admitting Terry D. Avchen *pro hac vice* to appear before this Court in the above-captioned case on behalf of plaintiff VIZIO, Inc. In support of this Motion, the undersigned represents as follows:

1. I am a partner in the law firm of Shipman & Goodwin LLP, located at One Constitution Plaza, Hartford, CT 06103, Tel: 860.251.5824, pfahey@goodwin.com.

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3. As detailed in the declaration attached hereto as Exhibit A, Terry D. Avchen is a member in good standing of the State Bar of California, and he is admitted to practice before the United States District Courts for the Central, Southern and Eastern Districts of California.

1000204.1

4. As established in the attached declaration, Terry D. Avchen satisfies the requirements for admission *pro hac vice* set out in Local Rule 83.1(d).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order admitting Terry D. Avchen *pro hac vice* to appear before this Court in this case on behalf of the plaintiff VIZIO, Inc.

> THE PLAINTIFF,
> VIZIO, INC.,
>
> By: /s/ Patrick M. Fahey
>     Patrick M. Fahey (ct13862)
>     For Shipman & Goodwin LLP
>     One Constitution Plaza
>     Hartford, CT  06103-1919
>     Tel. 860-251-5000
>     Fax 860-251-5219
>     pfahey@goodwin.com
>     Its Attorneys

## CERTIFICATION

I hereby certify that on June 17, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Patrick M. Fahey

# EXHIBIT A

1000204.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIZIO, INC. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT KLEE, in his official capacity as the Commissioner of THE STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | : : : : | JUNE 10, 2015 |
| | | |
| Defendants. | | |

DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION OF TERRY D. AVCHEN PRO HAC VICE

I, Terry D. Avchen, hereby declare:

1. I am an attorney and a member of the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP.

2. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter as counsel for plaintiff VIZIO, Inc.

3. My contact information is as follows:

| | |
|---|---|
| *Mailing Address* | 10250 Constellation Blvd., 19th fl. |
| | Los Angeles, CA  90067 |
| *Business E-mail Address:* | tavchen@glaserweil.com |
| *Business Telephone Number:* | (310) 553-3000 |
| *Business Facsimile Number:* | (310) 556-2920 |

4. I am a member in good standing of the following State and Federal Bars:

1

State Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| California | Active | 12/21/1977 | 075729 |

Federal Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| Central District of CA | Active | 11/16/1978 | 075729 |
| Southern District of CA | Active | 3/7/1990 | 075729 |
| Eastern District of CA | Active | 4/10/1977 | 075729 |

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate Patrick M. Fahey of Shipman & Goodwin LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the forgoing is true and correct.

1000208.1

Executed at Los Angeles, CA, this 10th day of June, 2015.

_____
TERRY D. AVCHEN

1000208.1